88 P.3d 208

# SUPREME COURT OF HAWAI'I

Lindinha v. Hilo Coast Processing
Co. . . . . . . . . . . . . . . . . . . . . . . . . . . . 24141    04/06/2004   Denied    104 Hawai'i 164,
86 P.3d 973

Stallard v. Consolidated Maui, Inc. 22603    02/26/2004   Denied    103 Hawai'i 468,
83 P.3d 731

State v. Guernsey . . . . . . . . . . . . . . . 22767    03/08/2004   Denied    104 Hawai'i 70,
85 P.3d 177

State v. Coffee . . . . . . . . . . . . . . . . . . 23068    03/25/2004   Denied    104 Hawai'i 193,
86 P.3d 1002